**JOSEPH W. CHARLES**
**5704 West Palmaire Avenue**
**Post Office Box 1737**
**Glendale, Arizona 85311-1737**
**Phone: 623-939-6546**
**Fax:      623-939-6718**
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re<br><br>TAMO, LLC,<br><br>　　　　　　Debtors. | Chapter 11 Proceeding<br><br>Case No.  2:10-bk-08582-CGC<br><br>**DEBTORS CHAPTER 11 STATUS CONFERENCE REPORT** |

Debtors, by and through their undersigned counsel, hereby submits their initial Chapter 11 Status Conference Report as follows:

**SECTION 1:  THE NATURE OF THE DEBTORS' BUSINESS OPERATIONS AND FACTORS LEADING TO THE FILING OF THE CHAPTER 11.**

RESPONSE:  Debtor is a convenience store/gas station operating under the Diamond Shamrock brand.  Debtor fell into financial difficulties due to the high fuel costs and economic downturn over the past years.  The principal in this business Talal Ismael has also filed a personal Chapter 13 bankruptcy, in the District of Arizona, as case number 09-29435.

.

**SECTION 2: WHETHER ANY PROFESSIONALS HAVE BEEN OR WILL BE EMPLOYED BY THE DEBTORS.**

RESPONSE: Yes, the Debtors will be filing an application to hire a CPA who to assist them in filing monthly operating reports and to evaluate the projected income for the purpose of developing a Plan.

**SECTION 3: ANY UNIQUE ISSUE REGARDING SECURED DEBT, EMPLOYEES, EXECUTORY CONTRACTS, CASH COLLATERAL, EXISTING MANAGEMENT AND/OR EQUITY OWNERS.**

RESPONSE: There are no unique issues.

**SECTION 4: DEADLINE FOR THE FILING OF A PLAN AND DISCLOSURE STATEMENTS.**

RESPONSE: Counsel and their CPA, once approved, will need sufficient time to evaluate the business operations of the Debtor, cash flow and projected future income based on current sales volume. Therefore, Debtors would like a September 30, 2010 deadline to file a plan and disclosure statement.

**SECTION 5: DEADLINE FOR THE FILING OF PROOFS OF CLAIMS AND INTEREST.**

RESPONSE: Bar Claim Dates for TAMO, LLC. The table below summarizes various Bar Dates, including type of Bar Date and claims that are affected by the various Bar Dates:

| **Type of Bar Date** | **Affected Claims** | **Bar Date** |
|---|---|---|
| General Bar Date | Applies to claims against Debtors that arose prior to the Petition Date, including secured claims, unsecured priority claims (including, without limitation, claims entitled to priority under sections 507(a) and 503(b)(9) of the Bankruptcy Code) and unsecured non-priority claims | July 30, 2010 at 5:00 p.m. (Mountain Standard Time) |
| Rejection Bar Date | Applies to claims from or relating to the rejection of executory contracts or unexpired leases, pursuant to Section 365 of the Bankruptcy Code, or claims otherwise related to such rejected agreements, including (a) secured claims, unsecured priority claims and unsecured non-priority claims that arose or are deemed to have arisen prior to the Petition Date and (b) administrative claims under Section 503(b) of the Bankruptcy Code. | The later of (a) the General Bar Date and (b) 5:00 p.m. (Mountain Standard Time) on the date that is 30 days after the entry of a rejection order |
| Amended schedule Bar Date | Applies to claims against Debtors that may be affected if Debtors amend or supplement their Schedules to (a) reduce the undisputed, non-contingent and liquidated amount of a claim, (b) change the nature or classification of a claim against the Debtors in a manner adverse to the scheduled creditor or (c) | The later of (a) the General Bar Date and (b) 5:00 p.m. (Mountain Standard Time) on the date that is 30 days after the date that notice of the applicable amendment or supplement to the Schedules is served on the claimant |

|  |  |  |
|---|---|---|
|  | add a new claim to the Schedules with respect to a party that was not previously served with notice of the Bar Dates, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim. |  |
| Governmental Bar Date | Applies to any governmental unit. | (a) August 30, 2010 at 5:00 p.m. (Mountain Standard Time) for claims by any governmental unit against the Debtors |

**SECTION 6: THE STATUS OF DEBTORS' POST PETITION OPERATIONS.**

RESPONSE: Debtors are continuing to operate the business which should become more profitable as debts are eliminated and the economy begins to approve. Additionally, the traditionally higher travel season is approaching which should increase cash flow to the business.

**SECTION 7: STATUS OF ANY LITIGATION INVOLVING THE DEBTORS.**

RESPONSE: There is no litigation at this time.

**DATED** this 22nd day of May, 2010.

                                            **JOSEPH W. CHARLES, P.C.**

                                          By:   /s/ Joseph W. Charles
                                                     **JOSEPH W. CHARLES**
                                                     5704 West Palmaire Avenue
                                                     Post Office Box 1737

Glendale, Arizona  85311
Attorney for Debtors