# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TAMO LLC | | |
| **Case Number:** | 2:10-BK-08582-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 27, 2010 01:30 PM  6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## Matter:

CHAPTER 11 STATUS CONFERENCE STATUS

**R / M #:** 4 / 0

## Appearances:

HARRY LENABURG, ATTORNEY FOR TAMO LLC

## Proceedings:

Mr. Lenaburg reviewed the status report which has been filed, which would include the filing of a plan by September 30, 2010. He also noted that the debtor intends to employ a CPA.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO MAY 27, 2010 AT 11:00 A.M. COUNSEL IS DIRECTED TO MAIL NOTICE OF THIS HEARING.